No. 6249.—BANCO TERRITORIAL Y AGRÍCOLA DE PUERTO RICO, apldo., v. SUCN. MÁS FERRER, etc., aplte.—C. D. San Juan. ▆▆▆▆ ▆▆▆▆▆▆ Enero 24, 1933

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

POR CUANTO, la parte apelada en moción notificada a la parte apelante solicitó la desestimación del recurso interpuesto en este caso por negligencia en su tramitación y por frívolo, celebrándose la vista de la moción con la sola asistencia de la parte apelada el 23 de enero, 1933;

POR CUANTO, de la moción y de los documentos acompañados a la misma resulta que la apelación se interpuso el 24 de septiembre, 1932, sin que se haya elevado aún a esta Corte Suprema la transcripción de los autos que no excederá de veinte y cinco páginas pendiendo aún de presentarse en la Corte de Distrito la transcripción de la evidencia a virtud de prórrogas que se vienen solicitando para ello;

POR CUANTO, aparece también de la moción y de los documentos

acompañados a la misma que se trata de una acción en. cobro de dinero basada en pagarés que se transcribieron en la demanda y presentaron como prueba en el juicio, suscritos y entregados al demandante por el causante de los demandados y no satisfechos a su vencimiento, y que emplazados los demandados no contestaron, anotándose su rebeldía, celebrándose la vista del pleito con la sola comparecencia del demandante que presentó prueba de los hechos en que funda su reclamación, dictándose sentencia a su favor el 19 de agosto, 1932;

Por cuanto, a virtud de lo expuesto no hay duda alguna que se trata de un recurso frívolo que se viene tramitando con negligencia aparente:

Por tanto, se declara con lugar la moción y en su consecuenzia se desestima el recurso.